| United States Bankruptcy Court<br>Western District of Louisiana | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**O'Leary Brothers Signs And Awnings, Inc** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**72-1004936** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |

Street Address of Debtor (No. and Street, City, and State):
**902 N West Main Street**
**Bunkie, LA**
ZIP Code **71322**

Street Address of Joint Debtor (No. and Street, City, and State):
ZIP Code

County of Residence or of the Principal Place of Business:
**Avoyelles**

County of Residence or of the Principal Place of Business:

Mailing Address of Debtor (if different from street address):
**P.O. Box 268**
**Bunkie, LA**
ZIP Code **71322**

Mailing Address of Joint Debtor (if different from street address):
ZIP Code

Location of Principal Assets of Business Debtor
(if different from street address above):
**902 N W Main Street**
**Bunkie, LA 71322**

| **Type of Debtor**<br>(Form of Organization)  (Check one box) | **Nature of Business**<br>(Check one box) | **Chapter of Bankruptcy Code Under Which**<br>**the Petition is Filed** (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined<br>in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ☐ Chapter 7<br>☐ Chapter 9<br>■ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13<br>☐ Chapter 15 Petition for Recognition<br>of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition<br>of a Foreign Nonmain Proceeding |

| **Chapter 15 Debtors** | **Tax-Exempt Entity** | **Nature of Debts** |
|---|---|---|
| Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding<br>by, regarding, or against debtor is pending: | (Check box, if applicable)<br>☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code). | (Check one box)<br>☐ Debts are primarily consumer debts,<br>defined in 11 U.S.C. § 101(8) as<br>"incurred by an individual primarily for<br>a personal, family, or household purpose."   ■ Debts are primarily<br>business debts. |

| **Filing Fee** (Check one box) | **Chapter 11 Debtors** |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must<br>attach signed application for the court's consideration certifying that the<br>debtor is unable to pay fee except in installments. Rule 1006(b). See Official<br>Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>■ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates)<br>are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors,<br>in accordance with 11 U.S.C. § 1126(b). |

**Statistical/Administrative Information**    THIS SPACE IS FOR COURT USE ONLY
■ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,
there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

## Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):
**O'Leary Brothers Signs And Awnings, Inc**

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| | | |
|---|---|---|
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| | | |
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

### Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

### Exhibit B

(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).

X _____
Signature of Attorney for Debtor(s)          (Date)

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

# Voluntary Petition

*(This page must be completed and filed in every case)*

**Name of Debtor(s):**

**O'Leary Brothers Signs And Awnings, Inc**

**Signatures**

| | |
|---|---|
| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

**X** **/s/ Thomas R. Willson**
Signature of Attorney for Debtor(s)

  **Thomas R. Willson 13546**
Printed Name of Attorney for Debtor(s)

  **Thomas R. Willson**
Firm Name

  **1330 Jackson Street**
  **PO Drawer 1630**
  **Alexandria, LA 71309**

_____
Address

      **Email: rocky@rockywillsonlaw.com**
  **318-442-8658  Fax: 318-442-9637**
Telephone Number

  **December 20, 2011**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** **/s/ Daniel R. O'Leary**
Signature of Authorized Individual

  **Daniel R. O'Leary**
Printed Name of Authorized Individual

  **President**
Title of Authorized Individual

  **December 20, 2011**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Western District of Louisiana

In re    **O'Leary Brothers Signs And Awnings, Inc**                                    Case No. _____
                                              _____
                                                Debtor(s)              Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| AT & T Mobility<br>P.O. Box 536216<br>Atlanta, GA 30353 | AT & T Mobility<br>P.O. Box 536216<br>Atlanta, GA 30353 | **Open Account** | | 263.32 |
| Center Point Energy<br>P.O. Box 1700<br>Houston, TX 77251 | Center Point Energy<br>P.O. Box 1700<br>Houston, TX 77251 | **Open Account** | | 245.78 |
| Central LA, Electric<br>P.O. Box 5000<br>Pineville, LA 71361 | Central LA, Electric<br>P.O. Box 5000<br>Pineville, LA 71361 | **Open Account** | | 4,706.21 |
| Chase Business Credit Card<br>P.O. Box 94014<br>Palatine, IL 60094 | Chase Business Credit Card<br>P.O. Box 94014<br>Palatine, IL 60094 | **Open Account** | | 41,217.01 |
| City of Bunkie<br>200 Walnut St<br>Bunkie, LA 71322 | City of Bunkie<br>200 Walnut St<br>Bunkie, LA 71322 | **Open Account** | | 251.55 |
| Daniel R. O'Leary<br>109 N. Gayle Blvd<br>Bunkie, LA 71322 | Daniel R. O'Leary<br>109 N. Gayle Blvd<br>Bunkie, LA 71322 | **loans** | | 130,000.00 |
| DFB Realty, LLC<br>109 N. Gayle Blvd<br>Bunkie, LA 71322 | DFB Realty, LLC<br>109 N. Gayle Blvd<br>Bunkie, LA 71322 | **Unpaid Rent** | | 144,000.00 |
| IRS<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | IRS<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | **Unpaid Taxes** | | 38,540.00 |
| Louisiana Workforce Commission<br>Office of Unemployment Insurance<br>PO Box 44127<br>Baton Rouge, LA 70804-4127 | Louisiana Workforce Commission<br>Office of Unemployment Insurance<br>PO Box 44127<br>Baton Rouge, LA 70804-4127 | **Unpaid Taxes** | | 5,633.12 |
| The Cottonport Bank<br>Cenla Branch<br>P.O. Box 5<br>Marksville, LA 71351 | The Cottonport Bank<br>Cenla Branch<br>P.O. Box 5<br>Marksville, LA 71351 | **Computer Equipment** | | 66,097.83<br><br>(25,305.00 secured) |

B4 (Official Form 4) (12/07) - Cont.

In re   **O'Leary Brothers Signs And Awnings, Inc**       Case No. _____

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| The Cottonport Bank<br>Cenla Branch<br>P.O. Box 5<br>Marksville, LA 71351 | The Cottonport Bank<br>Cenla Branch<br>P.O. Box 5<br>Marksville, LA 71351 | Furniture/<br>Equipment/<br>Inventory | | 214,810.95<br><br>(207,673.44<br>secured) |
| The Cottonport Bank<br>Cenla Branch<br>P.O. Box 5<br>Marksville, LA 71351 | The Cottonport Bank<br>Cenla Branch<br>P.O. Box 5<br>Marksville, LA 71351 | Line of Credit | | 500,234.00 |
| The Cottonport Bank<br>Cenla Branch<br>P.O. Box 5<br>Marksville, LA 71351 | The Cottonport Bank<br>Cenla Branch<br>P.O. Box 5<br>Marksville, LA 71351 | Furniture Fixtures<br>and Equipmt<br>Bunkie, LA 71322 | | 98,584.59<br><br>(500,000.00<br>secured) |
| The Cottonport Bank<br>Cenla Branch<br>P.O. Box 5<br>Marksville, LA 71351 | The Cottonport Bank<br>Cenla Branch<br>P.O. Box 5<br>Marksville, LA 71351 | Multicam Routers | | 129,963.39<br><br>(125,311.24<br>secured) |
| The Cottonport Bank<br>Cenla Branch<br>P.O. Box 5<br>Marksville, LA 71351 | The Cottonport Bank<br>Cenla Branch<br>P.O. Box 5<br>Marksville, LA 71351 | Fork Lift | | 7,778.54<br><br>(5,500.00<br>secured) |
| The Cottonport Bank<br>Cenla Branch<br>P.O. Box 5<br>Marksville, LA 71351 | The Cottonport Bank<br>Cenla Branch<br>P.O. Box 5<br>Marksville, LA 71351 | Server | | 25,820.44<br><br>(24,901.00<br>secured) |
| Vaughn Enterprises<br>P.O. Box 1143<br>Bunkie, LA 71322 | Vaughn Enterprises<br>P.O. Box 1143<br>Bunkie, LA 71322 | Open Account | | 100.00 |
| Vaughn Motors<br>P.O. Box 118<br>Bunkie, LA 71322 | Vaughn Motors<br>P.O. Box 118<br>Bunkie, LA 71322 | Open Account | | 100.00 |
| Vivid Ink<br>11710 Cloverland Ct.<br>Baton Rouge, LA 70809 | Vivid Ink<br>11710 Cloverland Ct.<br>Baton Rouge, LA 70809 | Open Account | | 100.00 |
| Xerox Corportaion<br>P.O. Box 802555<br>Chicago, IL 60680-2555 | Xerox Corportaion<br>P.O. Box 802555<br>Chicago, IL 60680-2555 | Open Account | | 100.00 |

In re   **O'Leary Brothers Signs And Awnings, Inc**                                Case No. _____
                                    Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

         I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I
have read the foregoing list and that it is true and correct to the best of my information and belief.


Date  **December 20, 2011**              Signature   **/s/ Daniel R. O'Leary**
                                                      **Daniel R. O'Leary**
                                                      **President**


*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
                                          18 U.S.C. §§  152 and 3571.

# United States Bankruptcy Court
## Western District of Louisiana

In re **O'Leary Brothers Signs And Awnings, Inc**
_____,
                                            Debtor

Case No. _____

Chapter _____ **11** _____

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 4 | 735,562.36 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | 1,209,765.86 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | 44,173.12 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 19 | | 828,882.80 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 30 | | | |
| Total Assets | | | 735,562.36 | | |
| Total Liabilities | | | | 2,082,821.78 | |

11-81728 #1 File 12/21/11 Enter 12/21/11 13:16:11 Main Document Pg 7 of 61

# United States Bankruptcy Court
## Western District of Louisiana

In re **O'Leary Brothers Signs And Awnings, Inc**

Debtor

Case No. _____

Chapter _____ **11**

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

In re **O'Leary Brothers Signs And Awnings, Inc** _____ , Case No. _____

Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

| | | |
|---|---|---|
| | Sub-Total > | **0.00** | (Total of this page) |
| | Total > | **0.00** | |
| | (Report also on Summary of Schedules) | |

**0** continuation sheets attached to the Schedule of Real Property

11-81728  #1  File 12/21/11  Enter 12/21/11 13:16:11  Main Document  Pg 9 of 61

In re **O'Leary Brothers Signs And Awnings, Inc** _____, Case No. _____

                                        Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| 1. Cash on hand | | **Petty Cash** | - | 20.09 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Cottonport Bank- Checking** | - | 65.57 |
| | | **Cottonport Bank- Checking** | - | 148.54 |
| | | **Capital One- Checking** | - | 5,041.56 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | **DFB Realty, LLC** | - | 2,500.00 |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

                                                            Sub-Total >        7,775.76
                                                         (Total of this page)

__3__ continuation sheets attached to the Schedule of Personal Property

In re    **O'Leary Brothers Signs And Awnings, Inc**       ,      Case No. _____

                              Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Accounts as of 9/30/2011** | - | 69,633.38 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

                                               Sub-Total >       **69,633.38**

                                              (Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

In re   **O'Leary Brothers Signs And Awnings, Inc**           ,     Case No. _____

                                          Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2000 Chevy Silverado Pick-up | - | 3,800.00 |
| | | 2005 Excursion | - | 14,920.00 |
| | | 2007 Lincoln Towncar | - | 13,597.00 |
| | | 2006 Chevy Silverado | - | 5,825.00 |
| | | 2007 Chevy Silverado | - | 9,800.00 |
| | | 1989 Red 16' Utility Trailer # 10343 | - | 300.00 |
| | | 1995 36' Gooseneck Trailer w/o sides VIN # 4002 # 2769 | - | 1,900.00 |
| | | 1995 36' Gooseneck Trailer Vin- 4001#2654 | - | 1,700.00 |
| | | 1989 30' Utility Trailer VIN-3135 # 1032C | - | 1,100.00 |
| | | 1999 12' Covered Trailer # 4046 | - | 1,900.00 |
| | | 2003 Blk 30' Gooseneck Trailer # 7104 | - | 1,200.00 |
| | | 2006 Blk 30' Gooseneck Trailer # 9249 | - | 2,400.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | Computer Equipment | - | 25,305.00 |
| | | Office Furniture | - | 4,800.00 |

Sub-Total >     88,547.00
(Total of this page)

Sheet  **2**  of  **3**  continuation sheets attached
to the Schedule of Personal Property

In re **O'Leary Brothers Signs And Awnings, Inc** _____, Case No. _____

Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Telephone Equipment | - | 900.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | Machinery & Shop Equipment | - | 428,625.00 |
| 30. Inventory. | | Raw Materials | - | 140,081.22 |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---|
| Sub-Total > | 569,606.22 |
| (Total of this page) | |
| Total > | 735,562.36 |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6D (Official Form 6D) (12/07)

In re   **O'Leary Brothers Signs And Awnings, Inc**       Case No. _____
                                           Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxx2945** <br><br> The Cottonport Bank <br> Cenla Branch <br> P.O. Box 5 <br> Marksville, LA 71351 | | - | Mortgage <br><br> Furniture Fixtures and Equipmt <br> Bunkie, LA 71322 <br><br> Value $      **500,000.00** | | | | 98,584.59 | 98,584.59 |
| Account No. **xxx0270** <br><br> The Cottonport Bank <br> Cenla Branch <br> P.O. Box 5 <br> Marksville, LA 71351 | | | 10-02-08 <br><br> Money Loaned <br><br> Computer Equipment <br><br> Value $      **25,305.00** | | | | 66,097.83 | 40,792.83 |
| Account No. **xxxx2953** <br><br> The Cottonport Bank <br> Cenla Branch <br> P.O. Box 5 <br> Marksville, LA 71351 | | - | 02/11/09 <br><br> Mortgage <br><br> FFE <br> 902 N W Main St. <br> Bunkie, LA 71322 <br> Value $      **500,000.00** | | | | 155,752.91 | 0.00 |
| Account No. **xxxx3148** <br><br> The Cottonport Bank <br> Cenla Branch <br> P.O. Box 5 <br> Marksville, LA 71351 | | | 03/19/08 <br><br> Money Loaned <br><br> Multicam Routers <br><br> Value $    **125,311.24** | | | | 129,963.39 | 4,652.15 |
|   **1**  continuation sheets attached | | | Subtotal <br> (Total of this page) | | | | 450,398.72 | 144,029.57 |

In re **O'Leary Brothers Signs And Awnings, Inc**                    Case No. _____

_____ ,

Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxx9480** <br><br> **The Cottonport Bank** <br> **Cenla Branch** <br> **P.O. Box 5** <br> **Marksville, LA 71351** | - | | Money Loaned <br><br> Server <br><br><br> Value $ **24,901.00** | | | | 25,820.44 | 919.44 |
| Account No. **xxxx9499** <br><br> **The Cottonport Bank** <br> **Cenla Branch** <br> **P.O. Box 5** <br> **Marksville, LA 71351** | - | | Money Loaned <br><br> Furniture/Equipment/Inventory <br><br><br> Value $ **492,696.56** | | | | 510,957.21 | 0.00 |
| Account No. **xxxx2961** <br><br> **The Cottonport Bank** <br> **Cenla Branch** <br> **P.O. Box 5** <br> **Marksville, LA 71351** | - | | Money Loaned <br><br> Furniture/ Equipment/ Inventory <br><br><br> Value $ **207,673.44** | | | | 214,810.95 | 7,137.51 |
| Account No. **xxxx4688** <br><br> **The Cottonport Bank** <br> **Cenla Branch** <br> **P.O. Box 5** <br> **Marksville, LA 71351** | - | | Money Loaned <br><br> Fork Lift <br><br><br> Value $ **5,500.00** | | | | 7,778.54 | 2,278.54 |
| Account No. <br><br><br><br><br> Value $ | | | | | | | | |

Sheet __1__ of __1__ continuation sheets attached to Schedule of Creditors Holding Secured Claims

| | Subtotal <br> (Total of this page) | 759,367.14 | 10,335.49 |
|---|---|---|---|
| | Total <br> (Report on Summary of Schedules) | 1,209,765.86 | 154,365.06 |

11-81728 #1 File 12/21/11 Enter 12/21/11 13:16:11  Main Document  Pg 15 of 61

In re   **O'Leary Brothers Signs And Awnings, Inc**         Case No. _____

                                       Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

_* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment._

_____1_____ continuation sheets attached

11-81728 #1 File 12/21/11 Enter 12/21/11 13:16:11 Main Document   Pg 16 of 61

In re  **O'Leary Brothers Signs And Awnings, Inc** _____,  Case No. _____

                                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | Unpaid Taxes | | | | | | |
| IRS P.O. Box 7346 Philadelphia, PA 19101-7346 | - | | | | | | 38,540.00 | 0.00 | 38,540.00 |
| Account No. | | | Unpaid Taxes | | | | | | |
| Louisiana Workforce Commission Office of Unemployment Insurance PO Box 44127 Baton Rouge, LA 70804-4127 | - | | | | | | 5,633.12 | 0.00 | 5,633.12 |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

Sheet **1** of **1** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | | | | | | Subtotal (Total of this page) | 0.00 | |
| | | | | | | | | 44,173.12 | 44,173.12 |
| | | | | | | | Total (Report on Summary of Schedules) | 0.00 | |
| | | | | | | | | 44,173.12 | 44,173.12 |

In re    **O'Leary Brothers Signs And Awnings, Inc**                                Case No. _____
                                                                    ,
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **3M Company** <br> **3N Center** <br> **Saint Paul, MN 55144-1000** | | - | | **Open Account** | | | | 100.00 |
| Account No. <br><br> **ABF Freight Systems, Inc.** <br> **P.O. Box 10048** <br> **Fort Smith, AR 72917-0048** | | - | | **Open Account** | | | | 100.00 |
| Account No. <br><br> **Acadiana Lighting & Signs** <br> **P.O. Box 399** <br> **Duson, LA 70529-0399** | | - | | **Open Account** | | | | 100.00 |
| Account No. <br><br> **Albany Neon Signs, Inc.** <br> **700 W 9th Street** <br> **Adel, GA 31620** | | - | | **Open Account** | | | | 100.00 |

__18__  continuation sheets attached

Subtotal
(Total of this page)            **400.00**

In re    **O'Leary Brothers Signs And Awnings, Inc**                                    Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Aluminum & Stainless, Inc.** <br> **P.O. Box 3484** <br> **Lafayette, LA 70502** | | - | **Open Account** | | | | 100.00 |
| Account No. <br><br> **American Driving Records** <br> **P.O. Box 526024** <br> **Sacramento, CA 95852-6024** | | - | **Open Account** | | | | 100.00 |
| Account No. <br><br> **Apasco** <br> **P.O. Box 1026** <br> **Alexandria, LA 71301** | | - | **Open Account** | | | | 100.00 |
| Account No. **xxxxx4343** <br><br> **AT & T Mobility** <br> **P.O. Box 536216** <br> **Atlanta, GA 30353** | | - | **Open Account** | | | | 263.32 |
| Account No. <br><br> **AT& T Mobility** <br> **P.O. Box 6463** <br> **Carol Stream, IL 60197-6463** | | - | **Open Account** | | | | 100.00 |

Sheet no. __1__ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     663.32

In re     **O'Leary Brothers Signs And Awnings, Inc**                    Case No. _____
_____,
                            Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Open Account | | | | |
| **Avoyelles Office Supply** **221 N Main St** **Marksville, LA 71351** | - | | | | | | | 100.00 |
| Account No. | | | | Open Account | | | | |
| **Avoyelles Parish Sheriffs Office** **675 Government St.** **Marksville, LA 71351** | - | | | | | | | 100.00 |
| Account No. | | | | Open Account | | | | |
| **Bunkie General** **P.O. Box 380** **Bunkie, LA 71322** | - | | | | | | | 100.00 |
| Account No. | | | | Open Account | | | | |
| **C.H. Robinson Worldwide** **14701 Charlson Rd., Ste 1400** **Eden Prairie, MN 55347** | - | | | | | | | 100.00 |
| Account No. | | | | Open Account | | | | |
| **Center Point Energy** **P.O. Box 1700** **Houston, TX 77251** | - | | | | | | | 245.78 |

Sheet no. __2__ of __18__ sheets attached to Schedule of                          Subtotal                 | 645.78
Creditors Holding Unsecured Nonpriority Claims                                  (Total of this page)

In re **O'Leary Brothers Signs And Awnings, Inc**                    Case No. _____

_____,
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**Center Point Energy**<br>P.O. Box 1700<br>Houston, TX 77251 | | - | | Open Account | | | | 17.50 |
| Account No.<br><br>**Central La Electric Co.**<br>P.O. Box 69000<br>Alexandria, LA 71306-9000 | | - | | Open Account | | | | 100.00 |
| Account No.<br><br>**Central LA, Electric**<br>P.O. Box 5000<br>Pineville, LA 71361 | | - | | Open Account | | | | 4,706.21 |
| Account No.<br><br>**Central LA, Electric**<br>P.O. Box 5000<br>Pineville, LA 71361 | | - | | Open Account | | | | 1.43 |
| Account No. **xxxx-xxxx-xxxx-1035**<br><br>**Chase Business Credit Card**<br>P.O. Box 94014<br>Palatine, IL 60094 | X | - | | Open Account | | | | 41,217.01 |

Sheet no. __3__ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    46,042.15

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

In re     **O'Leary Brothers Signs And Awnings, Inc**                                    ,     Case No. _____

                                                                  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Chase Card Member Services P.O. Box 94014 Palatine, IL 60094-4014** | - | | Open Account | | | | 100.00 |
| Account No. **City of Bunkie 200 Walnut St Bunkie, LA 71322** | - | | Open Account | | | | 251.55 |
| Account No. **City of Bunkie Utility Dept P.O. Box 630 Bunkie, LA 71322** | - | | Open Account | | | | 100.00 |
| Account No. **Comit Technologies 1325 Eraste Landry Rd. Lafayette, LA 70506** | - | | Open Account | | | | 100.00 |
| Account No. **Community Coffee P.O. Box 60141 New Orleans, LA 70160-0141** | - | | Open Account | | | | 100.00 |

Sheet no. __4__ of __18__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)     651.55

In re  **O'Leary Brothers Signs And Awnings, Inc**                Case No. _____
_____,
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Open Account | | | | |
| Computerized Cutters, Inc. 2900 Guilders Dr. Plano, TX 75074 | - | | | | | | 100.00 |
| Account No. | | | Open Account | | | | |
| Creative Palette, Inc. 500 N. Hamilton Rd. Columbus, OH 43219-1824 | - | | | | | | 100.00 |
| Account No. | | | Open Account | | | | |
| Custom Metal Roofing, Inc. P.O. Box 657 Murrayville, GA 30564 | - | | | | | | 100.00 |
| Account No. | | | Open Account | | | | |
| D & J Tire P.O. Box 1719 Tioga, LA 71477 | - | | | | | | 100.00 |
| Account No. | | | Open Account | | | | |
| Daigle Welding Supply P.O. Box 745 Opelousas, LA 70571-0745 | - | | | | | | 100.00 |

Sheet no. __5__ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **500.00**

In re   **O'Leary Brothers Signs And Awnings, Inc**        ,     Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | loans | | | | |
| Daniel R. O'Leary 109 N. Gayle Blvd Bunkie, LA 71322 | | - | | | | | 130,000.00 |
| Account No. | | | Unpaid Rent | | | | |
| DFB Realty, LLC 109 N. Gayle Blvd Bunkie, LA 71322 | | - | | | | | 144,000.00 |
| Account No. | | | Open Account | | | | |
| Diamond Disposal, LLC P.O. Box 406 Ferriday, LA 71334 | | - | | | | | 100.00 |
| Account No. | | | Open Account | | | | |
| Ducote Electrical & A/C P.O. Box 351 Bunkie, LA 71322 | | - | | | | | 100.00 |
| Account No. | | | Open Account | | | | |
| Eastern Metal Supply P.O. Box 62929 Houston, TX 77205 | | - | | | | | 100.00 |

Sheet no. __6__ of __18__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **274,300.00**

In re **O'Leary Brothers Signs And Awnings, Inc**_____, Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>ECHO Global<br>22168 Network Place<br>Chicago, IL 60673-1221 | - | | Open Account | | | | 100.00 |
| Account No.<br><br>Elliott Electric Supply<br>P.O. Box 630610<br>Nacogdoches, TX 75963-0610 | - | | Open Account | | | | 100.00 |
| Account No.<br><br>EPCON Sign Co.<br>P.O. Box 21239<br>Billings, MT 59104 | - | | Open Account | | | | 100.00 |
| Account No.<br><br>Family Dollar Store<br>816 N W Main St.<br>Bunkie, LA 71322 | - | | Open Account | | | | 100.00 |
| Account No.<br><br>Farr Auto Supply, Inc.<br>P.O. Box 30<br>Bunkie, LA 71322 | - | | Open Account | | | | 100.00 |

Sheet no. __7__ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **500.00**

In re   **O'Leary Brothers Signs And Awnings, Inc**         ,    Case No. _____
                                           Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | - | Open Account | | | | |
| **Fastenal Company** **2001 Theurer Blvd.** **Winona, MN 55987-0978** | | | | | | | 100.00 |
| Account No. | | - | Open Account | | | | |
| **Fedex Freight East** **P.O. Box 10306** **Palatine, IL 60055-0306** | | | | | | | 100.00 |
| Account No. | | - | Open Account | | | | |
| **Fire Fighters Extinguishers** **176 Firmin Rd.** **Hessmer, LA 71341** | | | | | | | 100.00 |
| Account No. | | - | Open Account | | | | |
| **Freight Value** **P.O. Box 10048** **Fort Smith, AR 72917-0048** | | | | | | | 100.00 |
| Account No. | | - | Open Account | | | | |
| **G-Neil Companies** **P.O. Box 451179** **Fort Lauderdale, FL 33345-1179** | | | | | | | 100.00 |

Sheet no. __8__ of __18__ sheets attached to Schedule of             Subtotal                  
Creditors Holding Unsecured Nonpriority Claims             (Total of this page)       **500.00**

In re    **O'Leary Brothers Signs And Awnings, Inc**                    Case No. _____
                                                    ,
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Graphic Solutions Group**<br>**P.O. Box 671261**<br>**Dallas, TX 75267** | | - | **Open Account** | | | | 100.00 |
| Account No. <br><br>**Grate Signs**<br>**P.O. Box 2788**<br>**Joliet, IL 60431** | | - | **Open Account** | | | | 100.00 |
| Account No. <br><br>**Hancock Sign Company**<br>**P.O. Box 5966**<br>**Arlington, TX 76005** | | - | **Open Account** | | | | 100.00 |
| Account No. <br><br>**Hayes Manufacturing**<br>**P.O. Box 3309**<br>**Pineville, LA 71360** | | - | **Open Account** | | | | 100.00 |
| Account No. **xxxx3780** <br><br>**Interface Security Systems**<br>**1127 Texas Ave.**<br>**Alexandria, LA 71301** | | - | **Open Account** | | | | 46.96 |

Sheet no. __9__ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                   446.96

In re  **O'Leary Brothers Signs And Awnings, Inc**                          Case No. _____
_____,
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx1527**<br><br>Interface Security Systems<br>1127 Texas Ave.<br>Alexandria, LA 71301 | - | | Open Account | | | | 54.02 |
| Account No. **xxxx1572**<br><br>Interface Security Systems<br>1127 Texas Ave.<br>Alexandria, LA 71301 | - | | Open Account | | | | 46.96 |
| Account No.<br><br>Interface Security Systems<br>8339 Solutions Center<br>Chicago, IL 60677-8003 | - | | Open Account | | | | 100.00 |
| Account No.<br><br>James T. Lee<br>Attorney At Law<br>P.O. Box 1021<br>Bunkie, LA 71322 | - | | Open Account | | | | 100.00 |
| Account No.<br><br>Jefferson Sprinkler Inc.<br>P.O. Box 129<br>Gretna, LA 70054 | - | | Open Account | | | | 100.00 |

Sheet no. __10__ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| | 400.98 |

11181728 #1  File 12/21/11  Enter 12/21/11 13:16:11  Main Document   Pg 28 of 61

In re   **O'Leary Brothers Signs And Awnings, Inc**   ,   Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J | C | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | Open Account | | | | |
| Landstar Ranger Inc. 13410 Sutton Park Dr. Jacksonville, FL 32224 | - | | | | | | | | 100.00 |
| Account No. | | | | | Open Account | | | | |
| Lighting Investment Group 6325 Spector St. Meridian, MS 39307 | - | | | | | | | | 100.00 |
| Account No. | | | | | Open Account | | | | |
| Louisiana Association of P.O. Box 80258 Baton Rouge, LA 70898-0258 | - | | | | | | | | 100.00 |
| Account No. | | | | | Open Account | | | | |
| McFarland Engineering 5555 Fellowship Lane Spring, TX 77379 | - | | | | | | | | 100.00 |
| Account No. | | | | | Open Account | | | | |
| McMaster-Carr Supply 6100 Fulton Industrial Blvd Atlanta, GA 30336 | - | | | | | | | | 100.00 |

Sheet no. __11__ of __18__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **500.00**

In re    **O'Leary Brothers Signs And Awnings, Inc**                                   Case No. _____
_____,
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Open Account | | | | |
| Nelson Mullins Riley & Sc P.O. Drawer 11009 Columbia, SC 29211 | | - | | | | | 100.00 |
| Account No. | | | Open Account | | | | |
| NOTOCO Industries, LIC 10380 Airline Hwy. Baton Rouge, LA 70816-4090 | | - | | | | | 100.00 |
| Account No. | | | Open Account | | | | |
| Office Depot P.O. Box 88040 Chicago, IL 60680-1040 | | - | | | | | 100.00 |
| Account No. | | | Open Account | | | | |
| Ordermatic Electric Corp P.O. Box 25463 Oklahoma City, OK 73125 | | - | | | | | 100.00 |
| Account No. | | | Open Account | | | | |
| Piedmont Plastics Inc. P.O. Box 890216 Charlotte, NC 28289 | | - | | | | | 100.00 |

Sheet no. __12__ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **500.00**

In re    **O'Leary Brothers Signs And Awnings, Inc**                              Case No. _____

_____,
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | - | | Open Account | | | | |
| Pitney Bowes<br>P.O. Box 371887<br>Pittsburgh, PA 15250-1887 | | | | | | | | 100.00 |
| Account No. | | - | | Open Account | | | | |
| Pitney Bowes Purchase Power<br>P.O. Box 371874<br>Pittsburgh, PA 15250-1874 | | | | | | | | 100.00 |
| Account No. | | - | | Open Account | | | | |
| Reece Supply Co. of Louisiana<br>1012 Distributors Row<br>New Orleans, LA 70123 | | | | | | | | 100.00 |
| Account No. | | - | | Open Account | | | | |
| Reed Transport Services<br>P.O. Box 2527<br>Brandon, FL 33509 | | | | | | | | 100.00 |
| Account No. | | - | | Open Account | | | | |
| Roy's Pecan Delights<br>2668 John St.<br>Cottonport, LA 71327 | | | | | | | | 100.00 |

Sheet no. __13__ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **500.00**

In re      **O'Leary Brothers Signs And Awnings, Inc**                                         Case No. _____
                                                                          ,
                                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | - | | Open Account | | | | |
| **Sayes Office Supply** **1405 MacArthur Drive** **Alexandria, LA 71301** | | | | | | | | 100.00 |
| Account No. | | - | | Open Account | | | | |
| **Scott's Ace Hardware** **1193 Hwy. 29 East** **Bunkie, LA 71322** | | | | | | | | 100.00 |
| Account No. xxxxxxxxx7108 | | - | | Open Account | | | | |
| **Shell** **Processing Center** **Des Moines, IA 50367** | | | | | | | | 98.06 |
| Account No. | | - | | Open Account | | | | |
| **Shell** **P.O. Box 689010** **Des Moines, IA 50368-9010** | | | | | | | | 100.00 |
| Account No. | | - | | Open Account | | | | |
| **Signs Plus** **9200 Valley Rd.** **Prescott Valley, AZ 86314** | | | | | | | | 100.00 |

Sheet no. __14__ of __18__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶
(Total of this page)

**498.06**

11-81728 #1  File 12/21/11  Enter 12/21/11 13:16:11  Main Document    Pg 32 of 61

In re     **O'Leary Brothers Signs And Awnings, Inc**                    Case No. _____
                                                                   ,
                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Sol's Pipe & Steel Yard, Inc.** P.O. Box 2407 Monroe, LA 71207-2407 | - | | Open Account | | | | 100.00 |
| Account No. **Superior Steel Supply** P.O. Box 972291 Dallas, TX 75397 | - | | Open Account | | | | 100.00 |
| Account No. **xxxx8499** **The Cottonport Bank** Cenla Branch P.O. Box 5 Marksville, LA 71351 | - | | Line of Credit | | | | 500,234.00 |
| Account No. **Tri Vantage LLC** P.O. Box 934832 Atlanta, GA 31193-4832 | - | | Open Account | | | | 100.00 |
| Account No. **Truelite Signs** 1261 Bayou Rd. Cheneyville, LA 71325 | - | | Open Account | | | | 100.00 |

Sheet no. __15__ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                      500,634.00

In re   **O'Leary Brothers Signs And Awnings, Inc**                                    Case No. _____
                                                                    ,
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**U.S. Computer Corporation**<br>**1003 Hugh Walls Rd.**<br>**Building**<br>**Lafayette, LA 70508-2528** | - | | **Open Account** | | | | 100.00 |
| Account No.<br><br>**Underwriters Laboratory**<br>**P.O. Box 75330**<br>**Chicago, IL 60675-5330** | - | | **Open Account** | | | | 100.00 |
| Account No.<br><br>**Unisource Worldwide, Inc.**<br>**P.O. Box 849089**<br>**Dallas, TX 75284-9089** | - | | **Open Account** | | | | 100.00 |
| Account No.<br><br>**United Parcel Service**<br>**Lockbox 577**<br>**Carol Stream, IL 60132-0577** | - | | **Open Account** | | | | 100.00 |
| Account No.<br><br>**Unline Shipping Supply**<br>**2200 S Lakeside Dr.**<br>**Waukegan, IL 60085** | - | | **Open Account** | | | | 100.00 |

Sheet no. __16__ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                      500.00

In re    **O'Leary Brothers Signs And Awnings, Inc**                                            Case No. _____
                                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Open Account | | | | |
| UPS Freight P.O. Box 1216 Richmond, VA 23218-1216 | - | | | | | | 100.00 |
| Account No. | | | Open Account | | | | |
| Van Dam & Geeck, LLC 1215 Prytania St., Ste 325 New Orleans, LA 70130 | - | | | | | | 100.00 |
| Account No. | | | Open Account | | | | |
| Van Enterprises P.O. Box 1143 Bunkie, LA 71322 | - | | | | | | 100.00 |
| Account No. | | | Open Account | | | | |
| Vaughn Enterprises P.O. Box 1143 Bunkie, LA 71322 | - | | | | | | 100.00 |
| Account No. | | | Open Account | | | | |
| Vaughn Motors P.O. Box 118 Bunkie, LA 71322 | - | | | | | | 100.00 |

Sheet no. __17__ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **500.00**

11-81728 #1  File 12/21/11  Enter 12/21/11 13:16:11  Main Document    Pg 35 of 61

In re  **O'Leary Brothers Signs And Awnings, Inc**                    ,  Case No. _____
_____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Vivid Ink** <br>**11710 Cloverland Ct.** <br>**Baton Rouge, LA 70809** | | - | | **Open Account** | | | | **100.00** |
| Account No. <br><br>**Xerox Corportaion** <br>**P.O. Box 802555** <br>**Chicago, IL 60680-2555** | | - | | **Open Account** | | | | **100.00** |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

Sheet no. __18__ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| Subtotal <br>(Total of this page) | | **200.00** |
| Total <br>(Report on Summary of Schedules) | | **828,882.80** |

In re **O'Leary Brothers Signs And Awnings, Inc**                    Case No. _____
                                                                  ,
                    Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **DFB Realty, LLC**<br>**109 N. Gayle Blvd**<br>**Bunkie, LA 71322** | **Real Estate Lease of immovable Property on whcih facility is located** |
| **Pitney Bowes**<br>**P.O. Box 371874**<br>**Pittsburgh, PA 15250** | **Postage Meter Lease Expires on 07/16/2013** |
| **Xerox**<br>**P.O. Box 802555**<br>**Chicago, IL 60680** | **Copy Machine Lease, Expires on 06/10/2014** |

**0**

_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

In re  **O'Leary Brothers Signs And Awnings, Inc** _____,  Case No. _____

Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Daniel O'Leary**<br>**109 N. Gayle Blvd**<br>**Bunkie, LA 71322**<br>   **signed for personally** | **Chase Business Credit Card**<br>**P.O. Box 94014**<br>**Palatine, IL 60094** |
| **Daniel R. O'Leary**<br>**109 N. Gayle Blvd**<br>**Bunkie, LA 71322** | **Internal Revenue Service**<br>**Memphis, TN 37501** |
| **Daniel R. O'Leary**<br>**109 N. Gayle Blvd**<br>**Bunkie, LA 71322** | **The Cottonport Bank**<br>**Cenla Branch**<br>**P.O. Box 5**<br>**Marksville, LA 71351** |

**0**

_____ continuation sheets attached to Schedule of Codebtors

# United States Bankruptcy Court
## Western District of Louisiana

In re   **O'Leary Brothers Signs And Awnings, Inc**       Case No.  _____
                                    Debtor(s)      Chapter   **11**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

       I, the President of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of   **32**   sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **December 20, 2011**                Signature    **/s/ Daniel R. O'Leary**
                                                  **Daniel R. O'Leary**
                                                **President**

   *Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Western District of Louisiana

In re    **O'Leary Brothers Signs And Awnings, Inc**          Case No.

Debtor(s)          Chapter    **11**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$935,924.59** | **2011 YTD: Debtor Business Income** |
| **$1,948,774.70** | **2010: Debtor Business Income** |
| **$3,716,413.45** | **2009: Debtor Business Income** |

---

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT          SOURCE

---

### 3. Payments to creditors

None
■

*Complete a. or b., as appropriate, and c.*

a. *Individual or joint debtor(s) with primarily consumer debts.* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
☐

b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **United Fire Group<br>P.O.Box 3244<br>WI 54206** | **08/22/2011** | **$10,000.00** | **$6,000.00** |
| **United Fire Group<br>P.O.Box 3244<br>WI 54206** | **09/06/2011** | **$6,000.00** | **$0.00** |

None
☐

c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Daniel R. O'Leary & DFB Realty** | **10/30/10-10/30/11** | **$16,788.27** | **$162,434.86** |

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **IESI #2011-6683** | **suit on open account** | **12th JDC** | **disputed** |
| **CH Robinson #2011-7218** | | **12th JDC** | **answer filed** |
| **Echo Global #2011-7159** | | **12th JDC** | **Summary judment set Jan 6, 2012** |

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

None ■    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 5. Repossessions, foreclosures and returns

None ■    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 6. Assignments and receiverships

None ■    a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ■    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7. Gifts

None ■    List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

### 8. Losses

None ☐    List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|
| **Computer Equipment $5,571.78** | **Damages Caused by Auto Accident** | **05/02/2011** |

**9. Payments related to debt counseling or bankruptcy**

None
■ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**10. Other transfers**

None
■ a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None
■ b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11. Closed financial accounts**

None
■ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

**12. Safe deposit boxes**

None
☐ List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|
| **Capital One**<br>**122 W. Church St.**<br>**Bunkie, LA 71322** | **Daniel R. O'Leary** | **Legal Documents** | |

**13. Setoffs**

None
■ List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15. Prior address of debtor**

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None ■   a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
| --- | --- | --- | --- | --- |

None ■   b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
| --- | --- |

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None ☐   a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
| --- | --- |
| **Van Dam & Geek, LLC** | **2006-2011** |
| **1215 Prytannia St., Ste 325** | |
| **New Orleans, LA 70130** | |

None ■   b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
| --- | --- | --- |

None ■   c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
| --- | --- |

None ☐   d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS
**The Cottonport Bank**
**Cenla Branch**
**P.O. Box 5**
**Marksville, LA 71351**

DATE ISSUED
**Quarterly-last 06/30/2011**

---

**20. Inventories**

None ☐    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|
| **06/30/2011** | **Shannon Williber** | **140,081.22** |

None ☐    b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|
| **06/30/2011** | **Daniel R. O'Leary** **109 N. Gayle Blvd** **Bunkie, LA 71322** |

---

**21 . Current Partners, Officers, Directors and Shareholders**

None ■    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ☐    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **Daniel R. O'Leary** **109 N. Gayle Blvd** **Bunkie, LA 71322** | **President** | **98%** |

---

**22 . Former partners, officers, directors and shareholders**

None ■    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ■    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

**23 . Withdrawals from a partnership or distributions by a corporation**

None
■

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**24. Tax Consolidation Group.**

None
■

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

**25. Pension Funds.**

None
■

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date  **December 20, 2011**                Signature   **/s/ Daniel R. O'Leary**
                                                         **Daniel R. O'Leary**
                                                         **President**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court

## Western District of Louisiana

In re  **O'Leary Brothers Signs And Awnings, Inc** _____,

Debtor

Case No. _____

Chapter _____ **11** _____

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **None** | | | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **December 20, 2011** _____

Signature **/s/ Daniel R. O'Leary** _____

**Daniel R. O'Leary**
**President**

_Penalty for making a false statement or concealing property_:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§ 152 and 3571.

_0_ continuation sheets attached to List of Equity Security Holders

3M Company
3N Center
Saint Paul, MN 55144-1000


ABF Freight Systems, Inc.
P.O. Box 10048
Fort Smith, AR 72917-0048


Acadiana Lighting & Signs
P.O. Box 399
Duson, LA 70529-0399


Albany Neon Signs, Inc.
700 W 9th Street
Adel, GA 31620


Aluminum & Stainless, Inc.
P.O. Box 3484
Lafayette, LA 70502


American Driving Records
P.O. Box 526024
Sacramento, CA 95852-6024


Apasco
P.O. Box 1026
Alexandria, LA 71301


AT & T Mobility
P.O. Box 536216
Atlanta, GA 30353


AT& T Mobility
P.O. Box 6463
Carol Stream, IL 60197-6463

Avoyelles Office Supply
221 N Main St
Marksville, LA 71351


Avoyelles Parish Sheriffs Office
675 Government St.
Marksville, LA 71351


Bunkie General
P.O. Box 380
Bunkie, LA 71322


C.H. Robinson Worldwide
14701 Charlson Rd., Ste 1400
Eden Prairie, MN 55347


Center Point Energy
P.O. Box 1700
Houston, TX 77251


Central La Electric Co.
P.O. Box 69000
Alexandria, LA 71306-9000


Central LA, Electric
P.O. Box 5000
Pineville, LA 71361


Chase Business Credit Card
P.O. Box 94014
Palatine, IL 60094


Chase Card Member Services
P.O. Box 94014
Palatine, IL 60094-4014

City of Bunkie
200 Walnut St
Bunkie, LA 71322


City of Bunkie Utility Dept
P.O. Box 630
Bunkie, LA 71322


Comit Technologies
1325 Eraste Landry Rd.
Lafayette, LA 70506


Community Coffee
P.O. Box 60141
New Orleans, LA 70160-0141


Computerized Cutters, Inc.
2900 Guilders Dr.
Plano, TX 75074


Creative Palette, Inc.
500 N. Hamilton Rd.
Columbus, OH 43219-1824


Custom Metal Roofing, Inc.
P.O. Box 657
Murrayville, GA 30564


D & J Tire
P.O. Box 1719
Tioga, LA 71477


Daigle Welding Supply
P.O. Box 745
Opelousas, LA 70571-0745

Daniel O'Leary
109 N. Gayle Blvd
Bunkie, LA 71322


Daniel R. O'Leary
109 N. Gayle Blvd
Bunkie, LA 71322


DFB Realty, LLC
109 N. Gayle Blvd
Bunkie, LA 71322


Diamond Disposal, LLC
P.O. Box 406
Ferriday, LA 71334


Ducote Electrical & A/C
P.O. Box 351
Bunkie, LA 71322


Eastern Metal Supply
P.O. Box 62929
Houston, TX 77205


ECHO Global
22168 Network Place
Chicago, IL 60673-1221


Elliott Electric Supply
P.O. Box 630610
Nacogdoches, TX 75963-0610


EPCON Sign Co.
P.O. Box 21239
Billings, MT 59104

Family Dollar Store
816 N W Main St.
Bunkie, LA 71322


Farr Auto Supply, Inc.
P.O. Box 30
Bunkie, LA 71322


Fastenal Company
2001 Theurer Blvd.
Winona, MN 55987-0978


Fedex Freight East
P.O. Box 10306
Palatine, IL 60055-0306


Fire Fighters Extinguishers
176 Firmin Rd.
Hessmer, LA 71341


Freight Value
P.O. Box 10048
Fort Smith, AR 72917-0048


G-Neil Companies
P.O. Box 451179
Fort Lauderdale, FL 33345-1179


Graphic Solutions Group
P.O. Box 671261
Dallas, TX 75267


Grate Signs
P.O. Box 2788
Joliet, IL 60431

Hancock Sign Company
P.O. Box 5966
Arlington, TX 76005


Hayes Manufacturing
P.O. Box 3309
Pineville, LA 71360


Interface Security Systems
1127 Texas Ave.
Alexandria, LA 71301


Interface Security Systems
8339 Solutions Center
Chicago, IL 60677-8003


IRS
P.O. Box 7346
Philadelphia, PA 19101-7346


IRS Insolvency Section
600 S. Maestri Pl, Stop 31
New Orleans, LA 70130


James T. Lee
Attorney At Law
P.O. Box 1021
Bunkie, LA 71322


Jefferson Sprinkler Inc.
P.O. Box 129
Gretna, LA 70054


Landstar Ranger Inc.
13410 Sutton Park Dr.
Jacksonville, FL 32224

Lighting Investment Group
6325 Spector St.
Meridian, MS 39307


Louisiana Association of
P.O. Box 80258
Baton Rouge, LA 70898-0258


Louisiana Workforce Commission
Office of Unemployment Insurance
PO Box 44127
Baton Rouge, LA 70804-4127


McFarland Engineering
5555 Fellowship Lane
Spring, TX 77379


McMaster-Carr Supply
6100 Fulton Industrial Blvd
Atlanta, GA 30336


Nelson Mullins Riley & Sc
P.O. Drawer 11009
Columbia, SC 29211


NOTOCO Industries, LlC
10380 Airline Hwy.
Baton Rouge, LA 70816-4090


Office Depot
P.O. Box 88040
Chicago, IL 60680-1040


Office of District Counsel
Internal Revenue Service
P.O. Box 30509
New Orleans, LA 70190

Ordermatic Electric Corp
P.O. Box 25463
Oklahoma City, OK 73125


Piedmont Plastics Inc.
P.O. Box 890216
Charlotte, NC 28289


Pitney Bowes
P.O. Box 371887
Pittsburgh, PA 15250-1887


Pitney Bowes
P.O. Box 371874
Pittsburgh, PA 15250


Pitney Bowes Purchase Power
P.O. Box 371874
Pittsburgh, PA 15250-1874


Reece Supply Co. of Louisiana
1012 Distributors Row
New Orleans, LA 70123


Reed Transport Services
P.O. Box 2527
Brandon, FL 33509


Roy's Pecan Delights
2668 John St.
Cottonport, LA 71327


Sayes Office Supply
1405 MacArthur Drive
Alexandria, LA 71301

Scott's Ace Hardware
1193 Hwy. 29 East
Bunkie, LA 71322


Secretary, Dept. of Treasury
3330 Main Treasury Bldg.
1500 Pennsylvania Ave. NW
Washington, DC 20220


Shell
Processing Center
Des Moines, IA 50367


Shell
P.O. Box 689010
Des Moines, IA 50368-9010


Sheriff Avoyelles Parish
Avoyelles Parish Courthouse
Marksville, LA 71351


Signs Plus
9200 Valley Rd.
Prescott Valley, AZ 86314


Sol's Pipe & Steel Yard, Inc.
P.O. Box 2407
Monroe, LA 71207-2407


Superior Steel Supply
P.O. Box 972291
Dallas, TX 75397


The Cottonport Bank
Cenla Branch
P.O. Box 5
Marksville, LA 71351

Tri Vantage LLC
P.O. Box 934832
Atlanta, GA 31193-4832


Truelite Signs
1261 Bayou Rd.
Cheneyville, LA 71325


U. S. Attorney General
10th Street & Constitution Ave.
Washington, DC 20530


U.S. Attorney's Office
Western District of Louisiana
300 Fannin Street
Suite 3201
Shreveport, LA 71101-3068


U.S. Computer Corporation
1003 Hugh Walls Rd.
Building
Lafayette, LA 70508-2528


Underwriters Laboratory
P.O. Box 75330
Chicago, IL 60675-5330


Unisource Worldwide, Inc.
P.O. Box 849089
Dallas, TX 75284-9089


United Parcel Service
Lockbox 577
Carol Stream, IL 60132-0577


Unline Shipping Supply
2200 S Lakeside Dr.
Waukegan, IL 60085

UPS Freight
P.O. Box 1216
Richmond, VA 23218-1216


Van Dam & Geeck, LLC
1215 Prytania St., Ste 325
New Orleans, LA 70130


Van Enterprises
P.O. Box 1143
Bunkie, LA 71322


Vaughn Enterprises
P.O. Box 1143
Bunkie, LA 71322


Vaughn Motors
P.O. Box 118
Bunkie, LA 71322


Vivid Ink
11710 Cloverland Ct.
Baton Rouge, LA 70809


Xerox
P.O. Box 802555
Chicago, IL 60680


Xerox Corportaion
P.O. Box 802555
Chicago, IL 60680-2555

# United States Bankruptcy Court
## Western District of Louisiana

In re    **O'Leary Brothers Signs And Awnings, Inc**       Case No. _____

                                             Debtor(s)       Chapter    **11** _____

## VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **December 20, 2011** _____       **/s/ Daniel R. O'Leary** _____

                                                      **Daniel R. O'Leary/President**
                                                      Signer/Title

# United States Bankruptcy Court
## Western District of Louisiana

In re    **O'Leary Brothers Signs And Awnings, Inc**        Case No. _____

                                  Debtor(s)            Chapter    **11**


## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)


Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **O'Leary Brothers Signs And Awnings, Inc**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:


■ None [*Check if applicable*]


| | |
|---|---|
| **December 20, 2011** | **/s/ Thomas R. Willson** |
| Date | **Thomas R. Willson 13546** |
| | Signature of Attorney or Litigant |
| | Counsel for   **O'Leary Brothers Signs And Awnings, Inc** |
| | **Thomas R. Willson** |
| | **1330 Jackson Street** |
| | **PO Drawer 1630** |
| | **Alexandria, LA 71309** |
| | **318-442-8658 Fax:318-442-9637** |
| | **rocky@rockywillsonlaw.com** |

Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com                                Best Case Bankruptcy